**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Tan Duc Construction Limited Company, Inc. and Hoang-Yen Thi Dang v. Jimmy Tran

Appellate case number:   01-14-00539-CV

Trial court case number:  2010-48243

Trial court:             309th District Court of Harris County

Appellee Jimmy Tran's motion filed October 31, 2016 is **denied**. If appellee desires to file an amended motion for rehearing, appellee should file a motion for leave with the amended motion as an attachment, and the Court will consider the merits of any such request at that time.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                    ☑ Acting individually    ☐ Acting for the Court

Date: November 8, 2016